JOEL D. SIEGEL (SBN 171919)
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa Street, Suite 1500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
jsiegel@sonnenschein.com

KAREN C. MARCHIANO (SBN 233493)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
kmarchiano@sonnenschein.com

Attorneys for Defendant
DESIGNED COOKIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH NORK, LEE ROBERTS and BAKER'S BOUQUET,<br><br>Plaintiffs,<br><br>vs.<br><br>DESIGNED COOKIES, INC.,<br><br>Defendants. | No. CV 09-5336 CRB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE ON DESIGNED COOKIES INC.'S MOTION TO COMPEL ARBITRATION IN CALIFORNIA BEFORE THE AMERICAN ARBITRATION ASSOCIATION<br><br>Current Hearing Date: Feb. 19, 2010<br>Time: 10:00 a.m.<br>Courtroom No. 8<br><br>Proposed New Hearing Date: March 19, 2010<br>Time: 10:00 a.m.<br>Courtroom No. 8<br><br>Honorable Charles R. Breyer |

Case No. CV 09-5336 CRB -1-
Stipulation To Continue Hearing Date On Motion To Compel Arbitration

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

Pursuant to Civil Local Rule 7-7(b) of the United States District Court for the Northern District of California, Plaintiffs Deborah Nork, Lee Roberts, and Baker's Bouquet ("Plaintiffs") and Defendant Designed Cookies, Inc. ("DCI"), by and through their respective counsel, hereby stipulate and agree to the following:

On January 15, 2010, Defendant DCI filed a Motion To Compel Arbitration In California Before The American Arbitration Association, And To Dismiss Or Stay The Action Pending Arbitration ("Motion To Compel Arbitration"). DCI's Motion To Compel Arbitration is presently set to be heard on February 19, 2010, and DCI's Reply Brief In Support of DCI's Motion To Compel Arbitration is due to be filed and served on Friday, February 5, 2010.

The parties are currently engaged in settlement discussions. The parties agree that in the interests of judicial economy, to preserve the parties' resources, and to facilitate settlement discussions, the hearing on DCI's Motion To Compel Arbitration should be continued to March 19, 2010, and the deadline to file and serve DCI's Reply Brief In Support of DCI's Motion To Compel Arbitration should be extended to March 5, 2010.

This is the first stipulation to modify the hearing date on DCI's Motion To Compel Arbitration. The requested extension on the hearing date will not affect the schedule for the case.

Dated: February 3, 2010    SONNENSCHEIN NATH & ROSENTHAL LLP
KAREN C. MARCHIANO, ESQ.


By:_____/S/ Karen C. Marchiano_____
           Karen C. Marchiano

Attorneys for Defendants
DESIGNED COOKIES, INC.

Dated: February 3, 2010　　　　　ZARCO EINHORN SALKOWSKI & BRITO, P.A.
　　　　　　　　　　　　　　　　ROBERT ZARCO, ESQ.


By:_____/S/ Robert Zarco_____

Attorneys for Plaintiffs
DEBORAH NORK, LEE ROBERTS AND BAKER'S BOUQUET

ATTESTATION CLAUSE

I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

By:_____/S/ Karen C. Marchiano_____
　　　　　　　　KAREN C. MARCHIANO

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

# DECLARATION OF KAREN C. MARCHIANO

I, Karen C. Marchiano, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and am an associate of the law firm of Sonnenschein Nath & Rosenthal LLP, counsel of record for Defendant Designed Cookies, Inc. ("DCI"). I make this declaration in support of the attached Stipulation and [Proposed] Order Continuing The Hearing Date On Designed Cookies Inc.'s Motion To Compel Arbitration In California before the American Arbitration Association And To Dismiss Or Stay The Action Pending Arbitration. I have personal knowledge of the matters set forth herein and could competently testify to them if called upon to do so.

2. On January 15, 2010, DCI filed a Motion To Compel Arbitration In California Before The American Arbitration Association, And To Dismiss Or Stay The Action Pending Arbitration ("Motion To Compel Arbitration").

3 DCI's Motion To Compel Arbitration is presently set to be heard on February 19, 2010. DCI's Reply Brief In Support of DCI's Motion To Compel Arbitration is due to be filed and served on Friday, February 5, 2010.

4. The parties are currently engaged in settlement discussions. The parties agree that in the interests of judicial economy, to preserve the parties' resources, and to facilitate settlement discussions, the hearing on DCI's Motion To Compel Arbitration should be continued to March 19, 2010, and the deadline for DCI's Reply Brief In Support of DCI's Motion To Compel Arbitration should be extended to March 5, 2010.

5. This is the first stipulation to modify the hearing date on DCI's Motion To Compel Arbitration. This Court previously extended the deadline for DCI to respond to the complaint.

6. The requested extension on the hearing date will not affect the schedule for the case.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of February, 2010 in San Francisco, California.

By: /S/ Karen C. Marchiano
Karen C. Marchiano

Case No. CV 09-5336 CRB -4-
Stipulation To Continue Hearing Date On Motion To Compel Arbitration

# [PROPOSED] ORDER

Pursuant to the parties' stipulation and Local Rule 7-7(b) and good cause appearing, it is hereby ordered that the hearing on Designed Cookies Inc.'s Motion To Compel Arbitration In California Before The American Arbitration Association And To Dismiss Or Stay The Action Pending Arbitration shall be continued to March 19, 2010 at 10:00 a.m. in Courtroom 8. Any reply brief in support of Designed Cookies Inc.'s Motion To Compel Arbitration In California Before The American Arbitration Association And To Dismiss Or Stay The Action Pending Arbitration shall be filed and served via ECF on or before March 5, 2010.

IT IS SO ORDERED.

Dated: Feb. 4, 2010



HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer