1   JOEL D. SIEGEL (SBN 171919)
    SONNENSCHEIN NATH & ROSENTHAL LLP
2   601 South Figueroa Street, Suite 1500
    Los Angeles, California 90017-5704
3   Telephone: (213) 623-9300
    Facsimile: (213) 623-9924
4   jsiegel@sonnenschein.com

5   KAREN C. MARCHIANO (SBN 233493)
    SONNENSCHEIN NATH & ROSENTHAL LLP
6   525 Market Street, 26th Floor
    San Francisco, CA 94105-2708
7   Telephone: (415) 882-5000
    Facsimile: (415) 882-0300
8   kmarchiano@sonnenschein.com

9   Attorneys for Defendant
    DESIGNED COOKIES, INC.

10

11

12                  UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15

16  DEBORAH NORK, LEE ROBERTS and          No. CV 09-5336 CRB
    BAKER'S BOUQUET,
17                                          STIPULATION AND [PROPOSED]
              Plaintiffs,                   ORDER CONTINUING THE HEARING
18                                          DATE ON DESIGNED COOKIES INC.'S
        vs.                                 MOTION TO COMPEL ARBITRATION
19                                          IN CALIFORNIA BEFORE THE
    DESIGNED COOKIES, INC.,                 AMERICAN ARBITRATION
20                                          ASSOCIATION
              Defendants.
21                                          Current Hearing Date:  Feb. 19, 2010
                                            Time:  10:00 a.m.
22                                          Courtroom No. 8

23                                          Proposed New Hearing Date:  March 19, 2010
                                            Time:  10:00 a.m.
24                                          Courtroom No. 8

25                                          Honorable Charles R. Breyer

26

27

28

*(left margin, vertical text)* SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA  94105-2708
(415) 882-5000

1    Pursuant to Civil Local Rule 7-7(b) of the United States District Court for the Northern

2    District of California, Plaintiffs Deborah Nork, Lee Roberts, and Baker's Bouquet ("Plaintiffs")

3    and Defendant Designed Cookies, Inc. ("DCI"), by and through their respective counsel, hereby

4    stipulate and agree to the following:

5    On January 15, 2010, Defendant DCI filed a Motion To Compel Arbitration In California

6    Before The American Arbitration Association, And To Dismiss Or Stay The Action Pending

7    Arbitration ("Motion To Compel Arbitration").  DCI's Motion To Compel Arbitration is

8    presently set to be heard on February 19, 2010, and DCI's Reply Brief In Support of DCI's

9    Motion To Compel Arbitration is due to be filed and served on Friday, February 5, 2010.

10   The parties are currently engaged in settlement discussions.  The parties agree that in the

11   interests of judicial economy, to preserve the parties' resources, and to facilitate settlement

12   discussions, the hearing on DCI's Motion To Compel Arbitration should be continued to March

13   19, 2010, and the deadline to file and serve DCI's Reply Brief In Support of DCI's Motion To

14   Compel Arbitration should be extended to March 5, 2010.

15   This is the first stipulation to modify the hearing date on DCI's Motion To Compel

16   Arbitration.  The requested extension on the hearing date will not affect the schedule for the

17   case.

18   Dated:  February 3, 2010              SONNENSCHEIN NATH & ROSENTHAL LLP
                                           KAREN C. MARCHIANO, ESQ.
19

20

21
                                           By:_____/S/ Karen C. Marchiano_____
22                                                        Karen C. Marchiano

23                                         Attorneys for Defendants
                                           DESIGNED COOKIES, INC.
24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA  94105-2708
(415) 882-5000

Dated:  February 3, 2010             ZARCO EINHORN SALKOWSKI & BRITO, P.A.
                                     ROBERT ZARCO, ESQ.




                                     By:_____/S/ Robert Zarco_____


                                     Attorneys for Plaintiffs
                                     DEBORAH NORK, LEE ROBERTS AND BAKER'S
                                     BOUQUET



                                     ATTESTATION CLAUSE

       I attest under penalty of perjury that the concurrence in the filing of this document has been

obtained from its signatories.



                                     By:_____/S/ Karen C. Marchiano_____
                                              KAREN C. MARCHIANO

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA  94105-2708
(415) 882-5000

## DECLARATION OF KAREN C. MARCHIANO

I, Karen C. Marchiano, declare as follows:

1.      I am an attorney at law duly admitted to practice before this Court and am an associate of the law firm of Sonnenschein Nath & Rosenthal LLP, counsel of record for Defendant Designed Cookies, Inc. ("DCI").  I make this declaration in support of the attached Stipulation and [Proposed] Order Continuing The Hearing Date On Designed Cookies Inc.'s Motion To Compel Arbitration In California before the American Arbitration Association And To Dismiss Or Stay The Action Pending Arbitration.  I have personal knowledge of the matters set forth herein and could competently testify to them if called upon to do so.

2.      On January 15, 2010, DCI filed a Motion To Compel Arbitration In California Before The American Arbitration Association, And To Dismiss Or Stay The Action Pending Arbitration ("Motion To Compel Arbitration").

3      DCI's Motion To Compel Arbitration is presently set to be heard on February 19, 2010.  DCI's Reply Brief In Support of DCI's Motion To Compel Arbitration is due to be filed and served on Friday, February 5, 2010.

4.      The parties are currently engaged in settlement discussions.  The parties agree that in the interests of judicial economy, to preserve the parties' resources, and to facilitate settlement discussions, the hearing on DCI's Motion To Compel Arbitration should be continued to March 19, 2010, and the deadline for DCI's Reply Brief In Support of DCI's Motion To Compel Arbitration should be extended to March 5, 2010.

5.      This is the first stipulation to modify the hearing date on DCI's Motion To Compel Arbitration.  This Court previously extended the deadline for DCI to respond to the complaint.

6.      The requested extension on the hearing date will not affect the schedule for the case.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 3rd day of February, 2010 in San Francisco, California.

By:_____/S/ Karen C. Marchiano_____
                        Karen C. Marchiano

Sonnenschein Nath & Rosenthal LLP
525 Market Street, 26th Floor
San Francisco, California  94105-2708
(415) 882-5000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA  94105-2708
(415) 882-5000

## [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation and Local Rule 7-7(b) and good cause appearing, it is hereby ordered that the hearing on Designed Cookies Inc.'s Motion To Compel Arbitration In California Before The American Arbitration Association And To Dismiss Or Stay The Action Pending Arbitration shall be continued to March 19, 2010 at 10:00 a.m. in Courtroom 8.  Any reply brief in support of Designed Cookies Inc.'s Motion To Compel Arbitration In California Before The American Arbitration Association And To Dismiss Or Stay The Action Pending Arbitration shall be filed and served via ECF on or before March 5, 2010.

IT IS SO ORDERED.

Dated:  Feb. 4, 2010

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

