JOEL D. SIEGEL (SBN 171919)
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa Street, Suite 1500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
jsiegel@sonnenschein.com

KAREN C. MARCHIANO (SBN 233493)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
kmarchiano@sonnenschein.com

Attorneys for Defendant
DESIGNED COOKIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH NORK, LEE ROBERTS and BAKER'S BOUQUET,<br><br>Plaintiffs,<br><br>vs.<br><br>DESIGNED COOKIES, INC.,<br><br>Defendants. | No. CV 09-5336 CRB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE ON DESIGNED COOKIES INC.'S MOTION TO COMPEL ARBITRATION IN CALIFORNIA BEFORE THE AMERICAN ARBITRATION ASSOCIATION<br><br>Current Hearing Date: March 19, 2010<br>Time: 10:00 a.m.<br>Courtroom No. 8<br><br>Proposed New Hearing Date: April 16, 2010<br>Time: 10:00 a.m.<br>Courtroom No. 8<br><br>Honorable Charles R. Breyer |

Pursuant to Civil Local Rule 7-7(b) of the United States District Court for the Northern District of California, Plaintiffs Deborah Nork, Lee Roberts, and Baker's Bouquet ("Plaintiffs") and Defendant Designed Cookies, Inc. ("DCI"), by and through their respective counsel, hereby stipulate to the following:

On January 15, 2010, Defendant DCI filed a Motion To Compel Arbitration In California Before The American Arbitration Association, And To Dismiss Or Stay The Action Pending Arbitration ("Motion To Compel Arbitration"). The Motion to Compel Arbitration was originally set for hearing on February 19, 2010. Pursuant to the Order entered by the Court on February 5, 2010, DCI's Motion To Compel Arbitration is presently set to be heard on March 19, 2010. *See* D.E. No. 54.

The parties are currently engaged in settlement discussions. On March 17, 2010, plaintiff Lee Roberts and DCI reached agreement on all material terms of settlement. Plaintiff Roberts is awaiting receipt of the pertinent settlement papers from DCI. The parties agree that in the interests of judicial economy, to preserve the parties' resources, and to continue to facilitate settlement discussions, the hearing on DCI's Motion To Compel Arbitration should be continued to April 16, 2010 at 10:00 a.m.

This is the second stipulation to modify the hearing date on DCI's Motion To Compel Arbitration. The requested extension on the hearing date will not affect the schedule for the case.

Dated: March 17, 2010        SONNENSCHEIN NATH & ROSENTHAL LLP
                             KAREN C. MARCHIANO, ESQ.


                             By:_____/S/ Karen C. Marchiano_____
                                         Karen C. Marchiano

                             Attorneys for Defendants
                             DESIGNED COOKIES, INC.

Case No. CV 09-5336 CRB           -2-
                             Stipulation To Continue Hearing Date On Motion To Compel Arbitration

Dated:  March 17, 2010                    ZARCO EINHORN SALKOWSKI & BRITO, P.A.
                                          ROBERT ZARCO, ESQ.


                                          By:_____/S/ Robert Zarco_____

                                          Attorneys for Plaintiffs
                                          DEBORAH NORK, LEE ROBERTS AND BAKER'S BOUQUET


ATTESTATION CLAUSE

I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

                                          By:_____/S/ Karen C. Marchiano_____
                                                        KAREN C. MARCHIANO


DECLARATION OF KAREN C. MARCHIANO

I, Karen C. Marchiano, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and am an associate of the law firm of Sonnenschein Nath & Rosenthal LLP, counsel of record for Defendant Designed Cookies, Inc. ("DCI").  I make this declaration in support of the attached Stipulation and [Proposed] Order Continuing The Hearing Date On Designed Cookies Inc.'s Motion To Compel Arbitration In California before the American Arbitration Association And To Dismiss Or Stay The Action Pending Arbitration.  I have personal knowledge of the matters set forth herein and could competently testify to them if called upon to do so.

2. On January 15, 2010, DCI filed a Motion To Compel Arbitration In California Before The American Arbitration Association, And To Dismiss Or Stay The Action Pending Arbitration ("Motion To Compel Arbitration").

3	DCI's Motion To Compel Arbitration is presently set to be heard on March 19, 2010.

4.	The parties are currently engaged in settlement discussions. On March 17, 2010, plaintiff Lee Roberts and DCI reached agreement on all material terms of settlement. Plaintiff Roberts is awaiting receipt of the pertinent settlement papers from DCI. The parties agree that in the interests of judicial economy, to preserve the parties' resources, and to facilitate settlement discussions, the hearing on DCI's Motion To Compel Arbitration should be continued to April 16, 2010.

5.	This is the second stipulation to modify the hearing date on DCI's Motion To Compel Arbitration. This Court previously extended the deadline for DCI to respond to the complaint, previously extended the hearing date on DCI's Motion To Compel Arbitration, and previously extended the ADR and case management deadlines in this case, including the date of the initial case management conference.

6.	The requested extension on the hearing date on the Motion to Compel Arbitration will not affect the schedule for the case.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of March, 2010 in San Francisco, California.

By:_____/S/ Karen C. Marchiano_____
Karen C. Marchiano

[PROPOSED] ORDER

Pursuant to the parties' stipulation and Local Rule 7-7(b) and good cause appearing, it is hereby ordered that the hearing on Designed Cookies Inc.'s Motion To Compel Arbitration In California Before The American Arbitration Association And To Dismiss Or Stay The Action Pending Arbitration shall be continued to April 16, 2010 at 10:00 a.m. in Courtroom 8.

IT IS SO ORDERED.

Dated: March 18, 2010 _____   _____
                                                                    R. BREYER
                                         UNITED STATES DISTRICT COURT JUDGE



SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000