JOEL D. SIEGEL (SBN 171919)
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa Street, Suite 1500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
jsiegel@sonnenschein.com

KAREN C. MARCHIANO (SBN 233493)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
kmarchiano@sonnenschein.com

Attorneys for Defendant
DESIGNED COOKIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH NORK, LEE ROBERTS and BAKER'S BOUQUET,<br><br>Plaintiffs,<br><br>vs.<br><br>DESIGNED COOKIES, INC.,<br><br>Defendants. | No. CV 09-5336 CRB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES<br><br>Current Initial Case Management Conference Date: April 23, 2010<br>Time: 8:30 a.m.<br>Courtroom No. 8<br><br>Proposed New Initial Case Management Conference Date: May 28, 2010<br>Time: 8:30 a.m.<br>Courtroom No. 8<br><br>Honorable Charles R. Breyer |

Pursuant to Civil Local Rules 6-1(b) and 6-2 of the United States District Court for the Northern District of California, Plaintiffs Deborah Nork, Lee Roberts, and Baker's Bouquet ("Plaintiffs") and Defendant Designed Cookies, Inc. ("DCI"), by and through their respective counsel, hereby stipulate and agree to the following:

On November 10, 2009, this Court issued an Order Setting Initial Case Management Conference And ADR Deadlines [Docket No. 3], which set deadlines to "meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan"; "file ADR Certification signed by Parties and Counsel"; "file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference"; and "to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement". By Clerk's Notice dated December 16, 2009 [Docket No. 18], this Court scheduled the Initial Case Management Conference for March 12, 2010 at 8:30 a.m.

On February 16, 2010, this Court issued an Order Continuing Initial Case Management Conference and ADR Deadlines [Docket No. 56], which continued the deadlines to "meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan"; "file ADR Certification signed by Parties and Counsel"; "file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference"; and "to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement". The February 16, 2010 Order also scheduled the Initial Case Management Conference for April 23, 2010 at 8:30 a.m.

The parties are currently engaged in settlement discussions. The parties agree that in the interests of judicial economy, to preserve the parties' resources, and to facilitate settlement discussions, the deadlines from the Order Continuing Initial Case Management Conference and ADR Deadlines [Docket No. 56] should be continued approximately 30 days so that the deadlines in the following chart apply. This is the second stipulation to modify the schedule set by the Order Setting Initial Case Management Conference And ADR Deadlines [Docket No. 3] and the Clerk's Notice dated December 16, 2009 [Docket No. 18].

| | **Deadline** |
|---|---|
| Last day to<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;<br>• file ADR Certification signed by Parties and Counsel;<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | May 6, 2010 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | May 20, 2010 |
| Initial Case Management Conference | May 28, 2010 at 8:30 a.m. in Courtroom 8 |

Respectfully submitted,

Dated: April 1, 2010

SONNENSCHEIN NATH & ROSENTHAL LLP
KAREN C. MARCHIANO, ESQ.

By: _____/S/ Karen C. Marchiano_____
         Karen C. Marchiano

Attorneys for Defendants
DESIGNED COOKIES, INC.

Dated: April 1, 2010

ZARCO EINHORN SALKOWSKI & BRITO, P.A.
HIMANSHU PATEL, ESQ.

By: _____/S/ Himanshu Patel_____
         HIMANSHU PATEL

Attorneys for Plaintiffs
DEBORAH NORK, LEE ROBERTS AND BAKER'S BOUQUET

## ATTESTATION CLAUSE

I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

By: /S/ Karen C. Marchiano
KAREN C. MARCHIANO

## DECLARATION OF KAREN C. MARCHIANO

I, Karen C. Marchiano, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and am an associate of the law firm of Sonnenschein Nath & Rosenthal LLP, counsel of record for Defendant Designed Cookies, Inc. ("DCI"). I make this declaration in support of the attached Stipulation and [Proposed] Order Continuing Initial Case Management Conference And ADR Deadlines. I have personal knowledge of the matters set forth herein and could competently testify to them if called upon to do so.

2. On November 10, 2009, this Court issued an Order Setting Initial Case Management Conference And ADR Deadlines [Docket No. 3]. The November 10, 2009 order set a deadline of February 15, 2010 to "meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan"; "file ADR Certification signed by Parties and Counsel"; and "file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference." The November 10, 2009 order set a deadline of March 1, 2010 "to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement".

3. By Clerk's Notice dated December 16, 2009 [Docket No. 18], this Court scheduled the Initial Case Management Conference for March 12, 2010 at 8:30 a.m.

4. On February 16, 2010, this Court issued an Order Continuing Initial Case Management Conference and ADR Deadlines [Docket No. 56], which continued the deadlines to "meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan"; "file ADR Certification signed by Parties and Counsel"; "file either Stipulation to ADR

Process or Notice of Need for ADR Phone Conference"; and "to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement". The February 16, 2010 Order also scheduled the Initial Case Management Conference for April 23, 2010 at 8:30 a.m.

5. The parties are currently engaged in settlement discussions. The parties agree that in the interests of judicial economy, to preserve the parties' resources, and to facilitate settlement discussions, the current deadlines should be continued approximately 30 days so that the following deadlines apply:

|  | **Deadline** |
|---|---|
| Last day to<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | May 6, 2010 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | May 20, 2010 |
| Initial Case Management Conference | May 28, 2010 at 8:30 a.m. in Courtroom 8 |

6. This is the second stipulation to modify the schedule set by the Order Setting Initial Case Management Conference And ADR Deadlines [Docket No. 3] and the Clerk's Notice dated December 16, 2009 [Docket No. 18]. This Court previously extended those deadlines by its February 16, 2010 Order Continuing Initial Case Management Conference And ADR Deadlines

[Docket No. 56]. This Court previously extended the hearing date on DCI's Motion To Compel Arbitration, and the deadline for DCI to respond to the complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of April, 2010 in San Francisco, California.

By: /S/ Karen C. Marchiano
Karen C. Marchiano

Case 3:09-cv-05336-CRB   Document 65   Filed 04/05/10   Page 7 of 7

# [PROPOSED] ORDER

Pursuant to the parties' stipulation and Local Rule 6-1(b) and 6-2 and good cause appearing, it is hereby ordered that the deadlines set forth in the Stipulation And Order Continuing Case Management Conference And ADR Deadlines [Docket No. 56] shall be continued so that the following deadlines apply:

|  | **Deadline** |
|---|---|
| Last day to<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | May 6, 2010 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | May 20, 2010 |
| Initial Case Management Conference | May 28, 2010 at 8:30 a.m. in Courtroom 8 |

IT IS SO ORDERED.

Dated:  April 5, 2010



HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

Case No. CV 09-5336 CRB  -7-
Stipulation To Continue Initial Case Management and ADR Deadlines