ROBERT ZARCO, ESQ. (Fla. State Bar No. 502138)
ALEJANDRO BRITO, ESQ. (Fla. State Bar No. 0098442)
HIMANSHU M. PATEL, ESQ. (Fla. State Bar No. 0167233)
ZARCO EINHORN SALKOWSKI & BRITO, P.A.
(Admitted pro *hac vice*)
100 S.E. 2nd Street, Suite 2700
Miami, Florida 33131
Telephone: (305) 374-5418
Facsimile: (305) 374-5428
hpatel@zarcolaw.com

ANGEL GOMEZ (State Bar No. 74476)
ANDREW SOMMER (State Bar No. 192844)
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.399.6036
Facsimile: 415.398.0955
asommer@ebglaw.com

Attorneys for Plaintiffs
DEBORAH NORK, LEE ROBERTS and
BAKER'S BOUQUET

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH NORK, LEE ROBERTS and BAKER'S BOUQUET,<br><br>Plaintiffs,<br><br>vs.<br><br>DESIGNED COOKIES, INC.,<br><br>Defendants. | No. CV 09-5336 CRB<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE, WITH RESPECT TO PLAINTIFF LEE ROBERTS<br><br>Honorable Charles R. Breyer |

1      Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs, Deborah Nork, Lee Roberts, and Baker's Bouquet ("Plaintiffs") and Defendant Designed Cookies, Inc. ("DCI"), by and through their respective counsel, hereby agree to the dismissal with prejudice of plaintiff Lee Roberts and all of Lee Roberts' claims against DCI.  Plaintiff Lee Roberts shall not seek to recover from DCI the attorneys' fees and costs Mr. Roberts incurred in this matter.  DCI shall not seek to recover from Mr. Roberts the attorneys fees and costs DCI incurred in this matter.  DCI shall not seek to recover from Deborah Nork or Baker's Bouquet the attorneys' fees or costs DCI incurred solely as a result of defending against Mr. Roberts' claim.

Dated:  March 31, 2010          ZARCO EINHORN SALKOWSKI & BRITO, P.A.
                                HIMANSHU M. PATEL, ESQ.


                                By:_____/s/ Himanshu M.Patel_____
                                            Himanshu M. Patel

                                Attorneys for Plaintiffs
                                DEBORAH NORK, LEE ROBERTS AND BAKER'S
                                BOUQUET

Dated:  March 31, 2010          SONNENSCHEIN NATH & ROSENTHAL LLP
                                JOEL D. SIEGEL, ESQ.


                                By:_____/s/ Joel D Siegel _____
                                            Joel D. Siegel

                                Attorneys for Defendants
                                DESIGNED COOKIES, INC.

## ATTESTATION CLAUSE

     I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories and from my clients.

                                By:_____/s/ Himanshu M.Patel_____
                                                       Himanshu M. Patel

1  [PROPOSED] ORDER

2  Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41, it is hereby
3  ordered that plaintiff Lee Roberts and all of Lee Roberts' claims against Designed Cookies Inc.
4  ("DCI") are dismissed with prejudice.  Plaintiff Lee Roberts shall not seek to recover from DCI
5  the attorneys' fees and costs Mr. Roberts incurred in this matter.  DCI shall not seek to recover
6  from Mr. Roberts the attorneys fees and costs DCI incurred in this matter.  DCI shall not seek to
7  recover from Deborah Nork or Baker's Bouquet the attorneys fees or costs DCI incurred solely
8  as a result of defending against Mr. Roberts' claim.

9  IT IS SO ORDERED.

11  Dated: _April 5, 2010__     _____
12  HONORABLE CHARLES R. BREYER
   UNITED STATES DISTRICT COURT JUDGE

