Barry M. Golden
Texas State Bar No. 24002149
Connor G. Sheehan
Texas Bar No. 24046827
Admitted *Pro Hac Vice*
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas  75201-4761
Telephone: 214.999.3000
Facsimile: 214.999.4667
csheehan@gardere.com

Attorneys for Defendant,
DESIGNED COOKIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH NORK, LEE ROBERTS and BAKER'S BOUQUET,<br><br>Plaintiffs,<br><br>v.<br><br>DESIGNED COOKIES, INC.,<br><br>Defendant. | CASE NO. C 09-5336 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING RULING BY SUBMISSION AND, IN THE ALTERNATIVE, ORDER CONTINUING THE HEARING DATE ON DESIGNED COOKIES INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Current Hearing Date: April 16, 2010<br>Time: 10:00 a.m.<br>Courtroom No. 8<br><br>Proposed New Hearing Date: May 28, 2010<br>Time: 10:00 a.m.<br>Courtroom No. 8<br><br>Honorable Charles R. Breyer |

Pursuant to Civil Local Rule 7-7(b) of the United States District Court for the Northern District of California, Plaintiffs Deborah Nork and Baker's Bouquet ("Plaintiffs") and Defendant Designed Cookies, Inc. ("DCI"), by and through their respective counsel, hereby stipulate to the following:

///

On January 15, 2010, Defendant DCI filed a Motion To Compel Arbitration In California Before The American Arbitration Association, And To Dismiss Or Stay The Action Pending Arbitration ("Motion To Compel Arbitration"). The Motion to Compel Arbitration was originally set for hearing on February 19, 2010. Pursuant to subsequent Orders entered by the Court, DCI's Motion To Compel Arbitration is presently set to be heard on April 16, 2010. *See* D.E. No. 61.

The parties are currently engaged in settlement discussions. In the interests of judicial economy, to preserve the parties' resources, and to continue to facilitate settlement discussions between the remaining two plaintiffs and defendant, the Parties respectfully request that the Court rule on DCI's Motion to Compel Arbitration by submission, rather than receive oral argument. Should the Court require oral argument on the Motion to Compel Arbitration, the Parties respectfully request that the hearing on DCI's Motion To Compel Arbitration should be continued to May 28, 2010 at 10:00 a.m.

This is the third stipulation to modify the hearing date on DCI's Motion To Compel Arbitration. The requested extension on the hearing date will not affect the schedule for the case.

Dated: April 14, 2010          GARDERE WYNNE SEWELL LLP,
                                CONNOR SHEEHAN, ESQ.


                                By: */s/ Connor Sheehan*
                                    CONNOR G. SHEEHAN

                                Attorneys for Defendant
                                DESIGNED COOKIES, INC.

1  Dated:  April 14, 2010

ZARCO EINHORN SALKOWSKI & BRITO, P.A.
ROBERT ZARCO, ESQ.

By:  */s/ Himanshu M. Patel*
     HIMANSHU M. PATEL

Attorneys for Plaintiffs
DEBORAH NORK, LEE ROBERTS AND BAKER'S BOUQUET

ATTESTATION CLAUSE

I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

By:  /s/ Connor Sheehan
     Connor G. Sheehan

DECLARATION OF CONNOR SHEEHAN

I, Connor Sheehan, declare as follows:

1. I am an attorney at law admitted pro hac vice to practice before this Court and am an associate of the law firm of Gardere Wynne Sewell LLP, counsel of record for Defendant Designed Cookies, Inc. ("DCI"). I make this declaration in support of the attached Stipulation and [Proposed] Order Granting the Parties Request to for Ruling by Submission and Alternatively, Continuing The Hearing Date On Designed Cookies Inc.'s Motion To Compel Arbitration In California before the American Arbitration Association And To Dismiss Or Stay The Action Pending Arbitration. I have personal knowledge of the matters set forth herein and could competently testify to them if called upon to do so.

2. On January 15, 2010, DCI filed a Motion To Compel Arbitration In California Before The American Arbitration Association, And To Dismiss Or Stay The Action Pending Arbitration ("Motion To Compel Arbitration").

3. DCI's Motion To Compel Arbitration is presently set to be heard on April 16, 2010.

4. The parties are currently engaged in settlement discussions. The parties respectfully request that in the interests of judicial economy, to preserve the parties' resources, and to facilitate settlement discussions, the hearing on DCI's Motion To Compel Arbitration be ruled on by submission or, alternatively, continued to May 28, 2010.

5. This is the third stipulation to modify the hearing date on DCI's Motion To Compel Arbitration. This Court previously extended the deadline for DCI to respond to the complaint, previously extended the hearing date on DCI's Motion To Compel Arbitration, and previously extended the ADR and case management deadlines in this case, including the date of the initial case management conference.

6. The requested extension on the hearing date on the Motion to Compel Arbitration will not affect the schedule for the case.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of April 2010 in Dallas, Texas.

By: /s/ Connor Sheehan
    Connor G. Sheehan

- 5 -

STIPULATION TO RULE BY SUBMISSION
Case No. C 09-5336 CRB

**[PROPOSED] ORDER GRANTING REQUEST FOR RULING BY SUBMISSION**

Pursuant to the parties' stipulation and good cause appearing, it is hereby ordered that Designed Cookies Inc.'s Motion To Compel Arbitration In California Before The American Arbitration Association And To Dismiss Or Stay The Action Pending Arbitration shall be ruled on by submission.

IT IS SO ORDERED.


Dated: _____          _____
                                                    HONORABLE CHARLES R. BREYER
                                                    UNITED STATES DISTRICT COURT JUDGE

[~~PROPOSED~~] ORDER CONTINUING HEARING

Pursuant to the parties' stipulation and Local Rule 7-7(b) and good cause appearing, it is hereby ordered that the hearing on Designed Cookies Inc.'s Motion To Compel Arbitration In California Before The American Arbitration Association And To Dismiss Or Stay The Action Pending Arbitration shall be continued to May 28, 2010 at 10:00 a.m. in Courtroom 8.

IT IS SO ORDERED.

Dated:  _April 15, 2010_  _____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



- 7 -

STIPULATION TO RULE BY SUBMISSION
Case No. C 09-5336 CRB