Barry M. Golden
Texas State Bar No. 24002149
Connor G. Sheehan
Texas Bar No. 24046827
csheehan@gardere.com
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX  75201-4761
Telephone: 214-999-3000
Facsimile: 214-999-4667
Admitted Pro Hac Vice

Attorneys for Defendant
DESIGNED COOKIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH NORK, LEE ROBERTS and BAKER'S BOUQUET,<br><br>Plaintiffs,<br><br>vs.<br><br>DESIGNED COOKIES, INC.,<br><br>Defendant. | No. CV 09-5336 CRB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ADR DEADLINES<br><br>Current Initial Case Management Conference Date:  May 28,, 2010 at 8:30 a.m. in Courtroom 8<br><br>Proposed New Initial Case Management Conference Date:  July 5, 2010 at 8:30 a.m. in Courtroom 8<br>Honorable Charles R. Breyer |

1   Pursuant to Civil Local Rules 6-1(b) and 6-2 of the United States District Court for the
2   Northern District of California, Plaintiffs Deborah Nork, Lee Roberts, and Baker's Bouquet
3   ("Plaintiffs") and Defendant Designed Cookies, Inc. ("DCI"), by and through their respective
4   counsel, hereby stipulate and agree to the following:

5   On November 10, 2009, this Court issued an Order Setting Initial Case Management
6   Conference And ADR Deadlines [Docket No. 3], which set deadlines to "meet and confer re:
7   initial disclosures, early settlement, ADR process selection, and discovery plan"; "file ADR
8   Certification signed by Parties and Counsel"; "file either Stipulation to ADR Process or Notice
9   of Need for ADR Phone Conference"; and "to file Rule 26(f) Report, complete initial
10  disclosures or state objection in Rule 26(f) Report and file Case Management Statement"
11  (collectively, the "Case Management Deadlines"). By Clerk's Notice dated December 16, 2009
12  [Docket No. 18], this Court scheduled the Initial Case Management Conference for March 12,
13  2010 at 8:30 a.m. This Court subsequently entered Orders continuing the Case Management
14  Conference to April 23, 2010 and May 28, 2010 [*see* hearing docketing statement following
15  D.E. 65], respectively.

16  The parties are currently engaged in settlement discussions, which may resolve the need
17  for a Case Management Conference and related deadlines. Specifically, on March 31, 2010,
18  Plaintiff Lee Roberts agreed to dismiss his claims, as reflected in this Court's April 5, 2010
19  Order of dismissal. D.E. No. 66. The Parties also anticipate filing an agreed dismissal of
20  Plaintiff Deborah Nork's claims, as she recently consented to the dismissal of her claims against
21  defendant as part of an overall resolution with Defendant.

22  In the interests of judicial economy, to preserve the parties' resources, and to promote
23  settlement discussions between Baker's Bouquet and defendant, the Parties respectfully request
24  that the Court continue the Case Management Deadlines and Case Management Conference as
25  follows:

| | **Deadline** |
|---|---|
| Last day to<br>• meet and confer re: initial disclosures, | June 7, 2010 |

| | |
|---|---|
| early settlement, ADR process selection, and discovery plan;<br>• file ADR Certification signed by Parties and Counsel;<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | June 28, 2010 |
| Initial Case Management Conference | July 5, 2010 at 8:30 a.m. in Courtroom 8 |

Respectfully submitted,

Dated:  May 5, 2010         GARDERE WYNNE SEWELL LLP


By:_____/S/ Connor G. Sheehan_____
        CONNOR G. SHEEHAN
Attorneys for Defendants
DESIGNED COOKIES, INC.

Dated:  May 5, 2010         ZARCO EINHORN SALKOWSKI & BRITO, P.A.


By:_____/S/ Himanshu Patel_____
        HIMANSHU PATEL
Attorneys for Plaintiffs
DEBORAH NORK, LEE ROBERTS AND BAKER'S BOUQUET

ATTESTATION CLAUSE

I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

By:_____/S/ Connor G. Sheehan_____
        CONNOR G. SHEEHAN

## DECLARATION OF CONNOR G. SHEEHAN

I, Connor G. Sheehan, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and am an associate of the law firm of Gardere Wynne Sewell LLP, counsel of record for Defendant Designed Cookies, Inc. ("DCI"). I make this declaration in support of the attached Stipulation and [Proposed] Order Continuing Initial Case Management Conference And ADR Deadlines. I have personal knowledge of the matters set forth herein and could competently testify to them if called upon to do so.

2. On November 10, 2009, this Court issued an Order Setting Initial Case Management Conference And ADR Deadlines [Docket No. 3], which set deadlines to "meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan"; "file ADR Certification signed by Parties and Counsel"; "file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference"; and "to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement" (collectively, the "Case Management Deadlines"). By Clerk's Notice dated December 16, 2009 [Docket No. 18], this Court scheduled the Initial Case Management Conference for March 12, 2010 at 8:30 a.m. This Court subsequently entered Orders continuing the Case Management Conference to April 23, 2010 and May 28, 2010 [*see* hearing docketing statement following D.E. 65], respectively.

3. The Parties are currently engaged in settlement discussions, which may resolve the need for a Case Management Conference and related deadlines. Specifically, on March 31, 2010, Plaintiff Lee Roberts agreed to dismiss his claims, as reflected in this Court's April 5, 2010 Order of dismissal. D.E. No. 66. The Parties also anticipate filing an agreed dismissal of Plaintiff Deborah Nork's claims, as she recently consented to the dismissal of her claims against defendant as part of an overall resolution of her dispute with Defendant .

4. In the interests of judicial economy, to preserve the parties' resources, and to facilitate settlement discussions between Baker's Bouquet and defendant, the Parties respectfully

1  request that the Court continue the Case Management Deadlines and Case Management
2  Conference as follows:

|  | **Deadline** |
|---|---|
| Last day to<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;<br>• file ADR Certification signed by Parties and Counsel;<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | June 7, 2010 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | June 28, 2010 |
| Initial Case Management Conference | July 5, 2010 at 8:30 a.m. in Courtroom 8 |

19       5.       This is the third stipulation to modify the schedule set by the Order Setting Initial
20  Case Management Conference And ADR Deadlines [Docket No. 3] and the Clerk's Notice dated
21  December 16, 2009 [Docket No. 18]. The Parties request the extension not for delay but so that
22  they may continue to attempt to resolve the case to the benefit and reduction of expense of all
23  parties.
24       I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th
25  day of May, 2010 in Dallas, Texas.

                              By:      /S/ Connor G. Sheehan
                                       CONNOR G. SHEEHAN

[~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation and Local Rule 6-1(b) and 6-2 and good cause appearing, it is hereby ordered that the deadlines set forth in the Stipulation And Order Continuing Case Management Conference And ADR Deadlines shall be continued so that the following deadlines apply:

|  | Deadline |
|---|---|
| Last day to<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | June 7, 2010 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | ~~June 28, 2010~~<br>June 25, 2010 |
| Initial Case Management Conference | ~~July 5~~, 2010 at 8:30 a.m. in Courtroom 8<br>July 2, 2010 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: May 10, 2010      _____
HONORABLE
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Charles R. Breyer

Case No. CV 09-5336 CRB    -6-
Stipulation To Continue Rule 26(f) Conference and ADR Deadlines