Barry M. Golden
Texas State Bar No. 24002149
Connor G. Sheehan
Texas Bar No. 24046827
csheehan@gardere.com
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX  75201-4761
Telephone: 214-999-3000
Facsimile: 214-999-4667
Admitted Pro Hac Vice

Attorneys for Defendant
DESIGNED COOKIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH NORK and BAKER'S BOUQUET,<br><br>Plaintiffs,<br><br>vs.<br><br>DESIGNED COOKIES, INC.,<br><br>Defendant. | No. CV 09-5336 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING DEFENDANT DESIGNED COOKIES INC.'S MOTION TO COMPEL ARBITRATION IN CALIFORNIA BEFORE THE AMERICAN ARBITRATION ASSOCIATION, REQUEST TO REMOVE HEARING FROM DOCKET, AND REQUEST FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Current Hearing Date: May 28, 2010<br>Time: 8:30 a.m.<br>Courtroom No. 8<br><br>Honorable Charles R. Breyer |

1   Plaintiffs Deborah Nork and Baker's Bouquet ("Plaintiffs") and Defendant Designed Cookies, Inc. ("DCI"), by and through their respective counsel, hereby stipulate to the following:

On January 15, 2010, Defendant DCI filed a Motion To Compel Arbitration In California Before The American Arbitration Association, And To Dismiss Or Stay The Action Pending Arbitration ("Motion To Compel Arbitration"), which was originally set for hearing on February 19, 2010. The hearing on the Motion to Compel Arbitration was subsequently continued on several occasions pursuant to the request of the parties.

To facilitate the continuation of settlement discussions and in order to avoid the expense associated with the hearing, the parties request that DCI's Motion to Compel Arbitration be withdrawn with prejudice to the re-filing of same. The parties intend to proceed with this litigation before this Court, and DCI has agreed not to seek to compel arbitration of this case in the future. Both parties have agreed to bear their own attorneys' fees and costs incurred in connection with briefing the Motion to Compel Arbitration.

The parties further request that the hearing on the Motion to Compel be removed from the Court's docket and that DCI be granted fourteen (14) days from the date of this Court's Order on this Motion to answer or otherwise respond to Plaintiffs' Complaint.

Respectfully submitted,

Dated: May 26, 2010            GARDERE WYNNE SEWELL LLP

                               By:_____/S/ Connor G. Sheehan_____
                                         CONNOR G. SHEEHAN
                               Attorneys for Defendants
                               DESIGNED COOKIES, INC.

Dated: May 26, 2010            ZARCO EINHORN SALKOWSKI & BRITO, P.A.

                               By:_____/S/ Himanshu Patel_____
                                         HIMANSHU PATEL
                               Attorneys for Plaintiffs
                               DEBORAH NORK AND BAKER'S BOUQUET

ATTESTATION CLAUSE

I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

By:_____/S/ Connor G. Sheehan_____
          CONNOR G. SHEEHAN

### DECLARATION OF CONNOR G. SHEEHAN

I, Connor G. Sheehan, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and am an associate of the law firm of Gardere Wynne Sewell LLP, counsel of record for Defendant Designed Cookies, Inc. ("DCI"). I make this declaration in support of the attached Stipulation and [Proposed] Order Withdrawing DCI's Motion to Compel Arbitration, Request for Removal of Hearing on Motion to Compel from the Court's Docket and Request for Extension of Deadline for DCI to Answer or Otherwise Respond to Plaintiffs' Complaint. I have personal knowledge of the matters set forth herein and could competently testify to them if called upon to do so.

2. On January 15, 2010, Defendant DCI filed a Motion To Compel Arbitration In California Before The American Arbitration Association, And To Dismiss Or Stay The Action Pending Arbitration ("Motion To Compel Arbitration"), which was originally set for hearing on February 19, 2010. The hearing on the Motion to Compel Arbitration was subsequently continued on several occasions pursuant to the request of the parties.

3. To facilitate the continuation of settlement discussions and in order to avoid the expense associated with the hearing, the parties request that DCI's Motion to Compel Arbitration be withdrawn with prejudice to the re-filing of same.

4. The parties further request that the hearing on the Motion to Compel be removed from the Court's docket, and that DCI be granted fourteen (14) days from the date of this Court's Order on this Motion to answer or otherwise respond to Plaintiffs' Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of May, 2010 in Dallas, Texas.

By:_____/S/ Connor G. Sheehan_____

Case No. CV 09-5336 CRB                    -3-
                                           Stipulation To Withdraw Motion to Compel Arbitration

1                                             CONNOR G. SHEEHAN

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, it is hereby ordered that Designed Cookies Inc.'s Motion To Compel Arbitration In California Before The American Arbitration Association And To Dismiss Or Stay The Action Pending Arbitration shall be withdrawn (the "Motion to Compel Arbitration"), that the hearing on the Motion to Compel Arbitration will be removed from the Court's docket, and that Designed Cookies Inc. shall have 14 days from the date of this Order to file an answer or otherwise respond to Plaintiffs' Complaint.

IT IS SO ORDERED.

Dated:  May 28, 2010  _____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

