1   ROBERT ZARCO, ESQ. (Fla. State Bar No. 502138)
    ALEJANDRO BRITO, ESQ. (Fla. State Bar No. 0098442)
2   HIMANSHU M. PATEL, ESQ. (Fla. State Bar No. 0167233)
    ZARCO EINHORN SALKOWSKI & BRITO, P.A.
3   (Admitted pro *hac vice*)
    100 S.E. 2nd Street, Suite 2700
4   Miami, Florida 33131
    Telephone: (305) 374-5418
5   Facsimile: (305) 374-5428
    hpatel@zarcolaw.com
6
    ANDREW SOMMER (State Bar No. 192844)
7   EPSTEIN BECKER & GREEN, P.C.
    One California Street, 26th Floor
8   San Francisco, California 94111-5427
    Telephone: 415.399.6036
9   Facsimile: 415.398.0955
    asommer@ebglaw.com
10
    Attorneys for Plaintiffs
11  DEBORAH NORK and
    BAKER'S BOUQUET
12
                    UNITED STATES DISTRICT COURT
13                 NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
14

15
    DEBORAH NORK and BAKER'S            No. CV 09-5336 CRB
16  BOUQUET,
                                        STIPULATION AND [PROPOSED]
17            Plaintiffs,               ORDER OF DISMISSAL WITHOUT
                                        PREJUDICE BETWEEN PLAINTIFF
18        vs.                           DEBORAH NORK AND DEFENDANT

19  DESIGNED COOKIES, INC.,             The Honorable Charles R. Breyer

20            Defendant.

21

22

23          Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, DEBORAH NORK ("Nork"),

24  and Defendant, DESIGNED COOKIES, INC. ("DCI"), by and through their respective counsel,

25  hereby agree to the dismissal **without** prejudice of their respective claims against each other as

26  set forth in Plaintiffs' Complaint (D.E. #1) and DCI's Answer and Counterclaim (D.E. #81).

27  Both parties agree to bear their own attorneys' fees and costs incurred in this matter.   In

28

1   addition, DCI agrees not to seek to recover from Plaintiff Baker's Bouquet the attorneys' fees or

2   costs DCI incurred solely as a result of defending against Deborah Nork's claims.

3

4   Dated:  June 23, 2010                    ZARCO EINHORN SALKOWSKI & BRITO, P.A.

5

6
                                            By:  /s/ Himanshu M.Patel
7                                                Himanshu M. Patel
                                                 Attorneys for Plaintiffs
8
    Dated:  June 23, 2010                    LOVE & ASSOCIATES
9                                            KRISTEN L. WILLIAMS, ESQ.

10

11
                                            By:  /s/ Kristen L. Williams
12                                               Kristen L. Williams
                                                 Attorneys for Defendant
13

14                          ATTESTATION CLAUSE

15       I attest under penalty of perjury that the concurrence in the filing of this document has been

16   obtained from its signatories and from my clients.

17

18                                          By:_____ /s/ Himanshu M.Patel_____
19                                               Himanshu M. Patel

20

21

22

23

24

25

26

27

28
    Case No. CV 09-5336 CRB                    -2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<del>[PROPOSED]</del> ORDER

Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41, it is hereby ordered that Plaintiff Deborah Nork and Defendant Designed Cookies, Inc. hereby dismiss their respective claims against each other without prejudice as set forth in Plaintiffs' Complaint (D.E. #1) and DCI's Answer and Counterclaim (D.E. #81).  Both parties agree to bear their own attorneys' fees and costs incurred in this matter.  In addition, DCI shall not seek to recover from Plaintiff Baker's Bouquet the attorneys' fees or costs DCI incurred solely as a result of defending against Deborah Nork's claims.

IT IS SO ORDERED.

Dated:  __June 28, 2010_                     _____



HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE