1  ROBERT ZARCO, ESQ. (Fla. State Bar No. 502138)
   HIMANSHU M. PATEL, ESQ. (Fla. State Bar No. 0167233)
2  ZARCO EINHORN SALKOWSKI & BRITO, P.A.
   (Admitted pro *hac vice*)
3  100 S.E. 2nd Street, Suite 2700
   Miami, Florida 33131
4  Telephone: (305) 374-5418
   Facsimile: (305) 374-5428
5  hpatel@zarcolaw.com

6  ANGEL GOMEZ (State Bar No. 74476)
   ANDREW SOMMER (State Bar No. 192844)
7  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
8  San Francisco, California 94111-5427
   Telephone: 415.399.6036
9  Facsimile: 415.398.0955
   asommer@ebglaw.com
10
   Attorneys for Plaintiffs
11 DEBORAH NORK and
   BAKER'S BOUQUET

12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH NORK and BAKER'S BOUQUET,<br><br>Plaintiffs,<br><br>vs.<br><br>DESIGNED COOKIES, INC.,<br><br>Defendant. | No. CV 09-5336 CRB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>Current Initial Case Management Conference Date:  July 2, 2010 at 8:30 a.m. in Courtroom 8<br><br>Proposed New Initial Case Management Conference Date:  August 13, 2010 at 8:30 a.m. in Courtroom 8<br><br>The Honorable Charles R. Breyer |

Pursuant to Civil Local Rules 6-1(b) and 6-2 of the United States District Court for the Northern District of California, Plaintiffs Deborah Nork and Baker's Bouquet ("Plaintiffs") and Defendant Designed Cookies, Inc. ("DCI"), by and through their respective counsel, hereby stipulate and agree to the following:

Case No. CV 09-5336 CRB                    -1-

Stipulation To Continue Rule 26(f) Conference

On May 10, 2010, and pursuant to a Stipulation filed by the parties, the Court entered an Order Continuing Initial Case Management Conference and ADR Deadlines in the above-referenced matter. *See* D.E. #71. The Court continued the Case Management Conference from May 28, 2010 to July 2, 2010 at 8:30 a.m. In addition, the Court put the following deadlines in place:

|  | **Deadline** |
| --- | --- |
| Last day to:<br><br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;<br><br>• file ADR Certification signed by Parties and Counsel;<br><br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | June 7, 2010 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | June 25, 2010 |
| Initial Case Management Conference | July 2, 2010 at 8:30 a.m. in Courtroom 8 |

On June 7, 2010, and consistent with the Court's Order dated May 10, 2010, the parties' respective counsel engaged in a meet and confer re: initial disclosures, early settlement, ADR process selection and a discovery plan in this case. The parties also filed a Stipulation and proposed Order Selecting ADR Process. *See* D.E. #78.

As the parties' respective counsel previously advised the Court, Plaintiff Deborah Nork had been engaged in settlement discussions with DCI. Plaintiff Nork and DCI have now agreed to a resolution of their respective claims against each other. Simultaneous herewith, the parties have filed a dismissal of their respective claims against each other.

On June 11, 2010, DCI filed its Answer and Counterclaim in this matter. *See* D.E. #80. In its Answer, DCI indicated that it did not intend to renew Baker's Bouquet, Inc.'s franchise agreement at this time. *See* D.E. #80, p. 12. The parties' respective principals are currently in

the process of discussing Baker's Bouquet's current status as a franchisee of DCI and possibly a resolution of their grievances against each other.  Thus, in the interests of judicial economy, to preserve the parties' resources, and to facilitate settlement discussions between Baker's Bouquet and DCI, the Parties respectfully request that the Court continue the deadline to file the Rule 26(f) Report, complete initial disclosures and file the Case Management Statement from June 25, 2010 to July 30, 2010.  The remaining Parties also request that the Court continue the Initial Case Management Conference from July 2, 2010 at 8:30 a.m. to August 13, 2010 at 8:30 a.m.

**WHEREFORE**, Plaintiffs, DEBORAH NORK and BAKER's BOUQUET, INC., and Defendant Designed Cookies, Inc. ("DCI"), respectfully request that this Honorable Court enter an Order: (i) granting the instant Stipulation Continuing Case Management Conference; and (ii) granting such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted,

Dated:  June 23, 2010              LOVE & ASSOCIATES

By:  /s/ *Kristen L. Williams*
KRISTEN L. WILLIAMS
Attorneys for Defendant
DESIGNED COOKIES, INC.

Dated:  June 23, 2010              ZARCO EINHORN SALKOWSKI & BRITO, P.A.

By:  /s/ *Himanshu M. Patel*
HIMANSHU M. PATEL
Attorneys for Plaintiffs
DEBORAH NORK and BAKER'S BOUQUET

ATTESTATION CLAUSE

I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

By:  /s/ *Himanshu M. Patel*
         HIMANSHU M. PATEL

Case No. CV 09-5336 CRB                    -3-
Stipulation To Continue Rule 26(f) Conference

## DECLARATION OF HIMANSHU M. PATEL

I, Himanshu M. Patel, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and am a Partner with the law firm of Zarco Einhorn Salkowski & Brito, P.A., attorneys of record for Plaintiffs in this action. I make this declaration in support of the instant Stipulation and [Proposed] Order Continuing Initial Case Management Conference. I have personal knowledge of the matters set forth herein and could competently testify to them if called upon to do so.

2. On May 10, 2010, and pursuant to a Stipulation filed by the parties, the Court entered an Order Continuing Initial Case Management Conference and ADR Deadlines in the above-referenced matter. *See* D.E. #71. The Court continued the Case Management Conference from May 28, 2010 to July 2, 2010 at 8:30 a.m. In addition, the Court put the following deadlines in place:

|  | **Deadline** |
|---|---|
| Last day to:<br><br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;<br><br>• file ADR Certification signed by Parties and Counsel;<br><br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | June 7, 2010 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | June 25, 2010 |
| Initial Case Management Conference | July 2, 2010 at 8:30 a.m. in Courtroom 8 |

3. On June 7, 2010, and consistent with the Court's Order dated May 10, 2010, the parties' respective counsel engaged in a meet and confer re: initial disclosures, early settlement, ADR process selection and a discovery plan in this case. The parties also filed a Stipulation and proposed Order Selecting ADR Process. *See* D.E. #78.

4. As the parties' respective counsel previously advised the Court, Plaintiff Deborah Nork, through counsel, has been engaged in settlement discussions with DCI. Plaintiff Nork and DCI have now agreed to a resolution of their respective claims against each other. Simultaneous herewith, the parties have filed a dismissal of their respective claims against each other.

5. On June 11, 2010, DCI filed its Answer and Counterclaim in this matter. *See* D.E. #80. In its Answer, DCI indicated that it did not intend to renew Baker's Bouquet, Inc.'s franchise agreement at this time. *See* D.E. #80, p. 12. It is my understanding that the parties' respective principals are currently in the process of discussing Baker's Bouquet's current status as a franchisee of DCI and possibly a resolution of their grievances against each other.

6. Thus, in the interests of judicial economy, to preserve the parties' resources, and to facilitate settlement discussions between Baker's Bouquet and DCI, the Parties respectfully request that the Court continue the deadline to file the Rule 26(f) Report, complete initial disclosures and file the Case Management Statement from June 25, 2010 to **July 30, 2010**. The remaining Parties also request that the Court continue the Initial Case Management Conference from July 2, 2010 at 8:30 a.m. to **August 13, 2010 at 8:30 a.m.**

7. This is the fourth (4th) stipulation to modify the schedule set by the Order Setting Initial Case Management Conference And ADR Deadlines [D.E. #3] and the Clerk's Notice dated December 16, 2009 [D.E. #18]. The Parties request the extension not for delay but so that they may attempt to resolve the grievances between the last remaining Plaintiff and DCI and, thereby, reduce the expense to all parties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of June 2010 in Miami, Miami-Dade County, Florida.

By: /s/ Himanshu M. Patel
     HIMANSHU M. PATEL

Case No. CV 09-5336 CRB                    -5-

Stipulation To Continue Rule 26(f) Conference

1  [PROPOSED] ORDER

2  Pursuant to the parties' stipulation and Local Rule 6-1(b) and 6-2 and good cause appearing, it is hereby ordered that the remaining deadlines set forth in the Stipulation And Order Continuing Case Management Conference And ADR Deadlines shall be continued so that the following deadlines apply:

|  | **Deadline** |
|---|---|
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | July 30, 2010 |
| Initial Case Management Conference | August ~~12~~ 20, 2010 at 8:30 a.m. in Courtroom 8 |

IT IS SO ORDERED.

Dated: June 28, 2010

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



Case No. CV 09-5336 CRB            -6-

Stipulation To Continue Rule 26(f) Conference