ROBERT ZARCO, ESQ. (Fla. State Bar No. 502138)
HIMANSHU M. PATEL, ESQ. (Fla. State Bar No. 0167233)
ZARCO EINHORN SALKOWSKI & BRITO, P.A.
(Admitted pro *hac vice*)
100 S.E. 2nd Street, Suite 2700
Miami, Florida 33131
Telephone: (305) 374-5418
Facsimile: (305) 374-5428
hpatel@zarcolaw.com

ANGEL GOMEZ (State Bar No. 74476)
ANDREW SOMMER (State Bar No. 192844)
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.399.6036
Facsimile: 415.398.0955
asommer@ebglaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH NORK, LEE ROBERTS and BAKER'S BOUQUET,<br><br>Plaintiffs,<br><br>vs.<br><br>DESIGNED COOKIES, INC.,<br><br>Defendants. | No. CV 09-5336 CRB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>Current Initial Case Management Conference Date: August 20, 2010 at 8:30 a.m. in Courtroom 8<br><br>Proposed New Initial Case Management Conference Date: September 10, 2010 at 8:30 a.m. in Courtroom 8<br><br>The Honorable Charles R. Breyer |

      Pursuant to Civil Local Rules 6-1(b) and 6-2 of the United States District Court for the Northern District of California, Plaintiff, Baker's Bouquet ("Baker's") and Defendant Designed Cookies, Inc. ("DCI"), by and through their respective counsel, hereby stipulate and agree to the following:

Case No. CV 09-5336 CRB       -1-

Stipulation To Continue Rule 26(f) Conference

On June 29, 2010, and pursuant to a Stipulation filed by the parties, the Court entered an Order Continuing Initial Case Management Conference and ADR Deadlines in the above-referenced matter. *See* D.E. #86. While the parties had requested that the Case Management Conference be continued from July 2, 2010 at 8:30 a.m. to August 13, 2010 at 8:30 a.m., the Court, in fact, continued the Case Management Conference to August 20, 2010 at 8:30 a.m. *See* D.E. #86. In addition, the Court required the parties to file their Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) report and file Case Management Statement by July 30, 2010. *See* D.E. #86.

Simultaneous herewith, and consistent with the Court's Order dated June 29, 2010, the sole remaining Plaintiff, Baker's, and DCI are filing their Joint Case Management Conference Statement.[1] Baker's and DCI's respective principals have reached out to each other to discuss Baker's current status as a franchisee of DCI and a potential resolution of their grievances against each other. In addition, during the period from August 14, 2010 through August 29, 2010, Baker's counsel, Himanshu M. Patel, Esq., is going to be out of the country on his honeymoon.

Based on the foregoing conflict of Baker's counsel, and in the interests of judicial economy, to preserve the parties' resources, and to facilitate continued settlement discussions between Baker's and DCI, the Parties respectfully request that the Court continue the Initial Case Management Conference from August 20, 2010 at 8:30 a.m. to September 10, 2010 at 8:30 a.m.

**WHEREFORE**, Plaintiff, BAKER's BOUQUET, INC., and Defendant, DESIGNED COOKIES, INC., respectfully request that this Honorable Court enter an Order: (i) granting the instant Stipulation Continuing Initial Case Management Conference; and (ii) granting such other

---

[1] On June 24, 2010, Plaintiff Deborah Nork and DCI filed a Stipulation and [Proposed] Order of Dismissal without Prejudice pursuant to which they resolved their differences. *See* D.E. #83. On June 28, 2010, the Court entered an Order of Dismissal without Prejudice. *See* D.E. #85.

and further relief as this Honorable Court deems just and proper.

                                              Respectfully submitted,

Dated:  July 30, 2010                ZARCO EINHORN SALKOWSKI & BRITO, P.A.

                                         By:   /s/ Himanshu M. Patel_____
                                         HIMANSHU M. PATEL
                                         Attorneys for Plaintiff

Dated:  July 30, 2010                LOVE & ASSOCIATES

                                         By:   /s/ Kristen L. Williams_____
                                         KRISTEN L. WILLIAMS
                                         Attorneys for Defendant

<u>ATTESTATION CLAUSE</u>

      I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

                                         By:_____/s/ Himanshu M. Patel_____
                                                   HIMANSHU M. PATEL

## DECLARATION OF HIMANSHU M. PATEL

I, Himanshu M. Patel, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and am a Partner with the law firm of Zarco Einhorn Salkowski & Brito, P.A., attorneys of record for Plaintiffs in this action. I make this declaration in support of the instant Stipulation and [Proposed] Order Continuing Initial Case Management Conference. I have personal knowledge of the matters set forth herein and could competently testify to them if called upon to do so.

2. On June 29, 2010, and pursuant to a Stipulation filed by the parties, the Court entered an Order Continuing Initial Case Management Conference and ADR Deadlines in the above-referenced matter. *See* D.E. #86. While the parties had requested that the Case Management Conference be continued from July 2, 2010 at 8:30 a.m. to August 13, 2010 at 8:30 a.m., the Court, in fact, continued the Case Management Conference to August 20, 2010 at 8:30 a.m. *See* D.E. #86. In addition, the Court required the parties to file their Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) report and file Case Management Statement by July 30, 2010. *See* D.E. #86.

3. Simultaneous herewith, and consistent with the Court's Order dated June 29, 2010, the sole remaining Plaintiff, Baker's, and DCI are filing their Joint Case Management Conference Statement. It is my understanding that Baker's and DCI's respective principals have attempted to make contact with one another to discuss Baker's current status as a franchisee of DCI, as well as perhaps to discuss a potential resolution of their grievances.

4. In addition, during the period from August 14, 2010 through August 29, 2010, the undersigned is going to be out of the country on his honeymoon.

5. Based on the foregoing conflict, and in the interests of judicial economy, to preserve the parties' resources, and to facilitate continued discussions between Baker's and DCI, the Parties respectfully request that the Court continue the Initial Case Management Conference from August 20, 2010 at 8:30 a.m. to **September 10, 2010 at 8:30 a.m.**

Case No. CV 09-5336 CRB                   -4-

Stipulation To Continue Rule 26(f) Conference

6. This is the fifth (5th) stipulation to modify the schedule set by the Order Setting Initial Case Management Conference And ADR Deadlines [D.E. #3] and the Clerk's Notice dated December 16, 2009 [D.E. #18]. The Parties request the extension not for delay but so that they may attempt to resolve the grievances between the last remaining Plaintiff and DCI and, thereby, reduce the expense to all parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of July 2010 in Miami, Miami-Dade County, Florida.

By:   /s/ Himanshu M. Patel
         HIMANSHU M. PATEL

[~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation and Local Rule 6-1(b) and 6-2 and good cause appearing, it is hereby ordered that the Initial Case Management Conference shall be continued from August 20, 2010 at 8:30 a.m. to September 10, 2010 at 8:30 a.m.

IT IS SO ORDERED.

Dated: August _02_, 2010



_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

Case No. CV 09-5336 CRB          -6-

Stipulation To Continue Rule 26(f) Conference