1  MARTIN T. LOVE (CA SBN 112562)
   KRISTEN L. WILLIAMS (CA SBN 232644)
2  LOVE & ASSOCIATES
   Union Square Building
3  291 Geary Street, Suite 405
   San Francisco, California 94102
4  Telephone:   (415) 398-3800
   Email: mtl@loveandassociates.com
5

6  Attorneys for Defendant/Counter-Claimant
   DESIGNED COOKIES, INC., a Texas Corporation
7

8
                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
10

11  DEBORAH NORK, LEE ROBERTS and          No. CV 09-5336 CRB
    BAKER'S BOUQUET,
12                                         STIPULATION AND [PROPOSED]
              Plaintiffs,                  ORDER FOR DEFENDANT'S
13                                         PRINCIPAL MARSHALL FISCO  AND
         vs.                               PLAINTIFF'S COUNSEL TO APPEAR
14                                         TELEPHONICALLY AT CONTINUED
    DESIGNED COOKIES, INC.,                CASE MANAGEMENT CONFERENCE
15
              Defendants.                  Initial Case Management Conference Date:
16                                         December 17, 2010 at 8:30 a.m. in
                                           Courtroom 8
17
                                           The Honorable Charles R. Breyer
18

19          Pursuant to Civil Local Rule 7-11 of the United States District Court for the Northern

20  District of California, Plaintiff, Baker's Bouquet ("Baker's") and Defendant Designed Cookies,

21  Inc. ("DCI"), by and through their respective counsel, hereby stipulate and agree to the

22  following:

23          1.    The Initial Case Management Conference in this matter was held on Friday,

24  November 19, 2010 at 8:30 a.m.

25          2.    At the conclusion of the Initial Case Management Conference, the Honorable

26  Charles R. Breyer ordered the principals of both Plaintiff and Defendant to be present at the

27  Continued Case Management Conference set for December 17, 2010 at 8:30 a.m.

28  Case No. CV 09-5336 CRB              -1-
                                              Stipulation and [Proposed] Order for Telephonic
                                              Appearance at Continued Case Management Conference

3.   Defendant's principal is Marshall Fisco, Executive Vice President, General Counsel and Corporate Secretary.  Mr. Fisco resides in Plano, Texas.

4.    In order to avoid having to incur substantial costs in traveling to San Francisco, California to attend the Continued Case Management Conference in person, the parties respectfully request that this Honorable Court permit Mr. Fisco to appear telephonically at the Continued Case Management Conference.  The Court can reach Mr. Fisco at (469) 326-2506.

5.   DCI's lead counsel, Martin Love, will appear personally at the Case Management conference.

6.    Baker's counsel, Himanshu M. Patel, intends to represent the interests of Baker's at the Continued Case Management Conference.  Mr. Patel resides in Miami, Florida.

7.    In order to avoid having to incur substantial attorneys' fees and costs in traveling to San Francisco, California to attend the Continued Case Management Conference in person, the parties respectfully request that this Honorable Court permit Mr. Patel to appear telephonically at the Continued Case Management Conference.  The Court can reach Mr. Patel at the law firm of Zarco Einhorn Salkowski & Brito, P.A.  Mr. Patel's contact number is (407) 341-4008.

4.    Based on the foregoing, the Parties respectfully request that the Court permit Messrs. Fisco and Patel to appear telephonically at the Continued Case Management Conference on December 17, 2010 at 8:30 a.m.

**WHEREFORE**, Plaintiff, BAKER's BOUQUET, INC., and Defendant, DESIGNED COOKIES, INC., respectfully request that this Honorable Court enter an Order: (i) granting the instant Stipulation and permitting Defendant's principal, Marshall Fisco, and Plaintiff's Lead Counsel, Himanshu Patel, to appear telephonically at the Continued Case Management Conference; and (ii) granting such other and further relief as this Honorable Court deems just and proper.

*///*

Case No. CV 09-5336 CRB                                -2-

Stipulation and [Proposed] Order for Telephonic
Appearance at Continued Case Management Conference

Respectfully submitted,

Dated:  December 7, 2010      ZARCO EINHORN SALKOWSKI & BRITO, P.A.


By:___/s/ Himanshu M. Patel_____
HIMANSHU M. PATEL
Attorneys for Plaintiff


Dated:  December 7, 2010      LOVE & ASSOCIATES


By:___/s/ Martin T. Love_____
MARTIN T. LOVE
Attorneys for Defendant


ATTESTATION CLAUSE

     I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.


By:_____/s/ Martin T. Love____
MARTIN T. LOVE

Case No. CV 09-5336 CRB       -3-

Stipulation and [Proposed] Order for Telephonic
Appearance at Continued Case Management Conference

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>DECLARATION OF MARTIN T. LOVE</u>

I, Martin T. Love, declare as follows:

1.    I am an attorney at law duly admitted to practice before this Court and am an attorney at the law firm of Love and Associates, attorneys of record for Plaintiffs in this action.  I make this declaration in support of the instant Stipulation and [Proposed] Order for Defendant's Principal and Plaintiff's Counsel to Appear Telephonically at Continued Case Management Conference.  Except when stated upon information and belief, I have personal knowledge of the matters set forth herein and could competently testify to them if called upon to do so.

2.    I am lead counsel for Defendant Designed Cookies, Inc. and will be present at the Continued Case Management Conference.

3.    I am informed and believe that Defendant's Principal, Marshall Fisco, Executive Vice President, General Counsel and Corporate Secretary resides in Plano, Texas.  Defendant would incur substantial costs if required to travel to San Francisco, California to attend the Continued Case Management Conference in person.  The Court can reach Mr. Fisco at (469) 326-2506.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of December 2010 in San Francisco, California.


By:    /s/ Martin T. Love
         MARTIN T. LOVE


<u>DECLARATION OF HIMANSHU M. PATEL</u>

I, Himanshu Patel, declare as follows:

1.    I am an attorney at law duly admitted to practice before this Court and am a Partner at the law firm of Zarco Einhorn Salkowski & Brito, P.A., attorneys of record for Plaintiffs in this action.  I make this declaration in support of the instant Stipulation and [Proposed] Order for Defendant's Principal and Plaintiff's Counsel to Appear Telephonically at Continued Case

Case No. CV 09-5336 CRB                    -4-

1   Management Conference.  I have personal knowledge of the matters set forth herein and could

2   competently testify to them if called upon to do so.

3          2.   Mr. Zarco and I are lead counsel for Plaintiff, Baker's Bouquet, Inc., in this

4   litigation.  We are located in Miami, Florida.  Our client would incur substantial attorneys' fees

5   and costs for us to travel to San Francisco, California to attend the Continued Case Management

6   Conference in person.

7          3.   I intend to represent the interests of Baker's at the Continued Case Management

8   Conference.  The Court can reach me on my cell phone at (407) 341-4008.

9          I declare under penalty of perjury that the foregoing is true and correct.

10  Executed this 7th day of December 2010 in Miami, Miami-Dade County, Florida.

11

12                                      By:___/s/ Himanshu M. Patel_____
                                              HIMANSHU M. PATEL
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Case No. CV 09-5336 CRB                    -5-
                                                       Stipulation and [Proposed] Order for Telephonic
                                                       Appearance at Continued Case Management Conference

1

~~[PROPOSED]~~ ORDER

2

Pursuant to the parties' stipulation and Local Rule 7-11 and good cause appearing, it is

3

hereby ordered that Defendant's Principal, Marshall Fisco, and Plaintiff's counsel, Himanshu

4

Patel, may appear telephonically at the Continued Case Management Conference on September

5

17, 2010 at 8:30 a.m.  The Court will contact Plaintiff's counsel at (407) 341-4008.

6

IT IS SO ORDERED.

7

8

Dated: December __7__, 2010

_____



THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV 09-5336 CRB                                    -6-

Stipulation and [Proposed] Order for Telephonic
Appearance at Continued Case Management Conference